ALMYRA B. FARWELL, Respondent, *v.* ADELBERT J. SCHLAGER, Appellant.

*Farwell* v. *Schlager*, 128 App. Div. 916, affirmed.
(Argued December 20, 1911; decided January 9, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 27, 1908, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to restrain the building of a fence along the highway in front of plaintiff's premises.

*F. W. Welsh* and *W. F. Welsh* for appellant.

*Dana L. Jewell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.